**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **CHAMBERS OF**<br>**STEPHANIE A. GALLAGHER**<br>**UNITED STATES DISTRICT JUDGE** | **101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-7780**<br>**Fax (410) 962-1812**<br>**MDD_SAGchambers@mdd.uscourts.gov** |

March 31, 2026

<u>LETTER ORDER</u>

       Re:  <u>Gorman v. Towson University et al.</u>
           Civil Case No. SAG-25-03157

Dear Counsel:

      In reviewing Plaintiff's Opposition to Defendant's Motion to Dismiss, ECF 21, this Court has noted multiple instances of apparently inaccurate quotations and citations which do not appear to stand for the propositions Plaintiff seek to support. For example, Plaintiff purports to "quote" *Henson v. Honor Comm. of the Univ. of Va.*, 719 F.2d 69, 74 (4th Cir. 1983) for the proposition that due process requires notice "specific enough to permit [the employee] to prepare and present a meaningful response." ECF 21 at 15. This "quote" appears nowhere in this case. Plaintiff cites to *Christian v. Cecil Cnty.*, 817 F. Supp. 1279, 1284 (D. Md. 1993) for his articulation of the applicable burden of proof for his equal protection claim. ECF 21 at 18. However, there was no equal protection claim at issue in *Christian.* Later, Plaintiff cites to *Christian* again, purportedly to 817 F. Supp. at 1285 n.8, in asserting that Defendants bear the burden of establishing the affirmative defense of limitations. ECF 21 at 21. However, there is no mention of "limitations" in *Christian*, and the cited footnote contains a citation to a provision of the Cecil County Code pertaining to grounds for termination of classified employees.

      This Court directs Plaintiff's counsel to, on or before Friday, April 10, 2026, respond to this letter by elaborating on the methods employed in compiling these purported quotations and citations. Despite the informal nature of this letter, it is an Order of the Court and should be docketed accordingly.

                         Sincerely yours,

                             /s/

                         Stephanie A. Gallagher
                         United States District Judge